## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
## Eastern Division

Bradley Hamilton, et al.

                                            Plaintiff,

v.                                                       Case No.: 1:20−cv−00292
                                                       Honorable Steven C. Seeger

Oswego Community Unit School District 308, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 28, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed Defendants' statement on discovery issues (Dckt. No. [110]). To be clear, this Court is not clear why Defendant filed it, and what new information it contains. After giving it a read, it seems to contain information that this Court knew already. Also, this Court did not do a line−by−line comparison (at least not for every paragraph), but it seems strikingly similar if not identical to a statement about discovery (with the same exhibits, to boot) filed by defense counsel on March 18, 2022. They both contained 32 paragraphs, and based on a few moments of comparison, the content looks the same. If there is new information in there, it is buried in a sea of old information. Telling this Court information that it already knows, without an explanation, simply slows the Court down, because this Court is left to wonder and search for the point. Defense counsel should come out and say what the point is, and what new information the filing contains, so this Court does not have to spend the time searching for the point. A supplemental statement with an explanation is due by May 2. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.