# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Bradley Hamilton, et al.

                        Plaintiff,

v.                                           Case No.: 1:20−cv−00292
                                                      Honorable Steven C. Seeger

Oswego Community Unit School District 308, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 28, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: After this Court entered its Order, defense counsel contacted the Courtroom Deputy and explained that the re−filing included redacted versions of the exhibits, as previously directed. The Court appreciated the explanation (and quick response), and needs no other explanation. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.