# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRADLEY HAMILTON and ELIZABETH HAMILTON, individually, and as the parents and guardians of AA, a minor, and AA,

Plaintiff(s),

v.

OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308 and OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308 BOARD OF EDUCATION,

Defendant(s).

Case No. 1:20-cv-00292
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $            ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants Oswego Community Unit School District 308 and Oswego Community Unit School District 308 Board of Education and against plaintiffs Bradley Hamilton and Elizabeth Hamilton

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge            presiding, and the jury has rendered a verdict.
☐ tried by Judge            without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on a motion for summary judgment (Dckt. No. [138]). Civil case terminated.

Date: 9/30/2023

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos, Deputy Clerk