IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRADLEY HAMILTON and ELIZABETH HAMILTON, individually and as the parents and guardians of AA, a minor, and AA,<br><br>Plaintiffs,<br><br>v.<br><br>OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308; and OSWEGO COMMUNITY UNIT SCHOOL DISTRICT 308 BOARD OF EDUCATION<br><br>Defendants. | Case No. 20 CV 292<br>Hon. Steven C. Seeger |

**PLAINTIFFS' UNOPPOSED MOTION TO APPROVE MINOR'S SETTLEMENT IN ACCORDANCE WITH LOCAL RULE 17.1 AND TO FILE PROPOSED DISMISSAL <u>ORDER UNDER SEAL</u>**

Plaintiffs move for an Order approving the settlement of this case. Approval is sought in accordance with Local Rule 17.1 because part of the settlement proceeds will be distributed to a Minor, AA. In support of the Motion, the parties state as follows:

1. On September 30, 2023, this Court entered summary judgment for Defendants.

2. On October 28, 2023, Plaintiffs filed their Notice of Appeal.

3. In the Appellate Court, the parties participated in a court sanctioned settlement conference. The parties negotiated a resolution of all claims during the settlement conference.

4. AA is a minor. Local Rule 17.1 states, "Any proposed settlement of an action brought by or on behalf of an infant or incompetent shall not become final without written approval by the court in the form of an order, judgment or decree. The court may authorize payment of reasonable attorney's fees and expenses from the amount realized in such an action."

5. In accordance with Local Rule 17.1, Plaintiffs request that the Court approve the settlement and distribution of proceeds to the minor and attorney's fees to Rapier Law Firm as set forth in the proposed order of dismissal attached as Exhibit 1. Due to the confidential nature of the settlement, Plaintiffs contemporaneously seek leave to file Exhibit 1 under seal pursuant to Local Rule 26.2.

Wherefore, Plaintiffs pray for an Order: (a) granting the Motion to Approve Minor's Settlement; (b) granting the Motion for Leave to File Exhibit 1 Under Seal; and (c) awarding such other and further relief as the Court deems appropriate and just.

Dated: February 8, 2024 　　　　　　　Respectfully submitted,

/s/ Aaron W. Rapier
Aaron Rapier (IL #6270472)
Rapier Law Firm
1770 Park St., Suite 200
Naperville, IL 60563
T: (815) 782-5478
F: (815) 327-3449
arapier@rapierlawfirm.com

**Counsel for Plaintiffs**